# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY K. LECOMPTE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DHAH, et al.,<br><br>　　　　　Defendants. | 1:11cv02105 DLB PC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Document 18) |

    Plaintiff Timothy K. LeCompte ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action filed on December 21, 2011. On June 11, 2013, the Court issued an Order to Show Cause why Defendants' Motion to Dismiss should not be denied without prejudice for failure to serve Plaintiff at his correct address.

    On June 20, 2013, Defendants filed a notice of re-service of the motion at Plaintiff's current address. Accordingly, the Order to Show Cause is DISCHARGED.

    Pursuant to Local Rule 230(l), Plaintiff shall file an opposition to the motion within 21 days of the date of service of the motion. Any reply will be due within 7 days after the opposition has been filed in CM/ECF.

IT IS SO ORDERED.

    Dated: **June 21, 2013**　　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1