UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LECOMPTE, | Case No.: 1:11cv02105 LJO DLB (PC) |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT DHAH |
| v. | |
| DHAH, et al., | (Document 26) |
| Defendants. | ORDER TO PROVIDE INITIAL DISCLOSURES WITHIN TWENTY-ONE DAYS |

Plaintiff Timothy LeCompte ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Defendants Macias, Moon, Wang and Zamora filed an answer on December 9, 2013. As a result, the Court issued a Discovery and Scheduling Order on December 10, 2013. At the time, all Defendants had not yet appeared.

Subsequently, on February 3, 2014, Defendant Dhah filed an answer.

On February 26, 2014, the Court denied the pending Motion for Reconsideration of the Discovery and Scheduling Order.

1

1
2
Accordingly, application of the Discovery and Scheduling Order filed on December 10, 2013, IS HEREBY EXTENDED to Defendant Dhah.

3
4
5
The parties SHALL provide initial disclosures, pursuant to Part I of the order, within twenty-one (21) days of the date of service of this order.  All other dates shall remain.

6
7   IT IS SO ORDERED.

8
9
Dated:   **February 27, 2014**                                    /s/ *Dennis L. Beck*
                                                                                    UNITED STATES MAGISTRATE JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2