1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY LECOMPTE, | ) | Case No.: 1:11cv02105 LJO DLB (PC) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT DHAH'S |
| v. | ) | APPLICATION TO CONTINUE DATES IN |
| | ) | DISCOVERY AND SCHEDULING ORDER |
| DHAH, et al., | ) | (Document 31) |
| | ) | |
| Defendants. | ) | ORDER EXTENDING DATES AS TO |
| | ) | **ALL PARTIES** |
| | ) | |

Plaintiff Timothy LeCompte ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

The Court issued a Discovery and Scheduling Order on December 10, 2013. At the time, all Defendants had not yet appeared.

Subsequently, on February 3, 2014, Defendant Dhah filed an answer. The Court extended the application of the Discovery and Scheduling Order to Defendant Dhah on February 28, 2014.

Also on February 28, 2014, Defendant Dhah requested a sixty (60) day continuance of the deadline to amend, the discovery cut-off date and the dispositive motion deadline.

Defendant Dhah's request is GRANTED. To maintain consistency throughout this action, the Court extends the deadlines, as follows, for *all Defendants and Plaintiff.*

1

| | |
|---|---|
| Deadline to Amend: | June 9, 2014 |
| Discovery Cut-off: | July 8, 2014 |
| Dispositive Motion Deadline: | September 8, 2014 |

IT IS SO ORDERED.

Dated:  **March 5, 2014**              /s/ *Dennis L. Beck*
                                                    UNITED STATES MAGISTRATE JUDGE