UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY LECOMPTE, | Case No.: 1:11cv02105 LJO DLB (PC) |
| Plaintiff, | |
| v. | ORDER REGARDING PLAINTIFF'S FAILURE TO OPPOSE DEFENDANTS' |
| DHAH, et al., | MOTIONS FOR SUMMARY JUDGMENT |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff Timothy LeCompte ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On February 1, 2013, the Court ordered that the action proceed on Plaintiff's Eighth Amendment claim against Defendants Dhah, Moon, Wang, Macias and Zamora.

On September 2, 2014, Defendant Dhah filed a motion for summary judgment.

On October 6, 2014, Defendants Macias, Moon, Wang and Zamora filed their motion for summary judgment.

1

Both motions contained the requirements for opposing summary judgment.  However, Plaintiff has not filed an opposition to either motion.[1]

This order serves to notify Plaintiff that if he does not file an opposition to the pending motions within twenty-one (21) days of the date of this order, they will be decided without his input. Defendants may file a reply to Plaintiff's oppositions, if any, within seven (7) days of the date of service.

IT IS SO ORDERED.

Dated:   **December 2, 2014**                        /s/ Dennis L. Beck
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[1] On September 18, 2014, an order was returned to this Court as "Undeliverable, Inmate Refused."  However, a subsequent order was not returned.